PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00152-DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RODERICK RIGMAIDEN and ONJALE NETTLES, | DATE: October 18, 2022 TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |
| Defendants. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendants Roderick Rigmaiden and Onjale Nettles, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status hearing on October 18, 2022.

2.      By this stipulation, the defendants now move to continue the hearing until January 24, 2023, and to exclude time between October 18, 2022, and January 24, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      On October 4, 2022, the government has produced approximately 56 gigabytes of data in additional discovery associated with this case, which includes over 3,900 pages of documents, as well as video files.  Counsel for the defendants desire additional time to review and analyze this discovery, discuss proposed resolutions with their clients, explore potential

1   defenses, and otherwise prepare for trial.

2          b)     Counsel for the defendants believe that failure to grant the above-requested

3   continuance would deny them the reasonable time necessary for effective preparation, taking into

4   account the exercise of due diligence.

5          c)     The government does not object to the continuance.

6          d)     Based on the above-stated findings, the ends of justice served by continuing the

7   case as requested outweigh the interest of the public and the defendants in a trial within the

8   original date prescribed by the Speedy Trial Act.

9          e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  et seq., within which trial must commence, the time period of October 18, 2022, to January 24,

11  2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

12  T4] because it results from a continuance granted by the Court at the defendants' request on the

13  basis of the Court's finding that the ends of justice served by taking such action outweigh the

14  best interest of the public and the defendants in a speedy trial.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  October 10, 2022                         PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ ELLIOT C. WONG
                                                 ELLIOT C. WONG
                                                 Assistant United States Attorney


Dated:  October 10, 2022                         /s/ MEGAN HOPKINS
                                                 MEGAN HOPKINS
                                                 Counsel for Defendant
                                                 RODERICK RIGMAIDEN

Dated:  October 10, 2022                         /s/ DONALD DORFMAN
                                                 DONALD DORFMAN
                                                 Counsel for Defendant
                                                 ONJALE NETTLES


**ORDER**


Pursuant to the parties' stipulation, the status conference previously scheduled for October 18, 2022 is continued to January 24, 2023 at 9:30 a.m. before the undersigned and time is excluded between October 18, 2022, and January 24, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:   **October 11, 2022**                    _____
                                                 UNITED STATES DISTRICT JUDGE